# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WHELAN, FRANK E | § | Case No. 11-49961 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   
   CLERK OF THE COURT
   219 S. Dearborn
   Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 05/09/2014 in Courtroom ,
   United States Courthouse
   Joliet City Hall
   150 West Jefferson, 2nd floor, Joliet, Illinois
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/07/2014                 By: /s/ Michael G. Berland
                                             Trustee


MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
WHELAN, FRANK E § Case No. 11-49961
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 13,500.00 |
| and approved disbursements of | $ | 500.00 |
| leaving a balance on hand of[1] | $ | 13,000.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | Susan Kamman | $ 7,916.32 | $ 0.00 | $ 1,265.73 | $ 0.00 |
| 000006 | Bank of America, N.A. | $ 77,791.65 | $ 0.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to secured creditors | | | $ | 0.00 |
| | Remaining Balance | | | $ | 13,000.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 2,100.00 | $ 0.00 | $ 2,100.00 |
| Trustee Expenses: MICHAEL G. BERLAND | $ 10.31 | $ 0.00 | $ 10.31 |
| Accountant for Trustee Fees: Gloria Longest | $ 500.00 | $ 500.00 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 2,110.31 |
| Remaining Balance | | $ | 10,889.69 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 33,755.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 42.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Real Time Resolutions, Inc. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000003 | Receivables Management Inc | $ 0.00 | $ 0.00 | $ 0.00 |
| 000004 | Portfolio Recovery Associates, LLC | $ 12,596.03 | $ 0.00 | $ 5,321.45 |
| 000005 | Midland Funding LLC | $ 5,053.39 | $ 808.01 | $ 1,326.90 |
| 000007 | Portfolio Recovery Associates, LLC | $ 1,588.62 | $ 254.00 | $ 417.14 |
| 000008 | Midland Funding LLC | $ 75.51 | $ 0.00 | $ 31.90 |
| 000009 | LVNV Funding, LLC its successors and assigns as | $ 14,442.41 | $ 2,309.18 | $ 3,792.30 |

Total to be paid to timely general unsecured creditors  $ 10,889.69

Remaining Balance  $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Michael G. Berland
Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 11-49961-BWB
Frank E Whelan                                                  Chapter 7
        Debtor
                        **CERTIFICATE OF NOTICE**

District/off: 0752-1          User: dwilliams           Page 1 of 2           Date Rcvd: Apr 08, 2014
                              Form ID: pdf006           Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 10, 2014.
db          +Frank E Whelan,    23119 Joyce Lane,    Naperville, IL 60564-8902
18248813    +Aurora Loan Services LLC,    Andrew J. Nelson,    PIERCE & ASSOCIATES, P.C.,
              1 North Dearborn, Suite 1300,    Chicago, Illinois 60602-4373
18248814   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court:   Bank Of America,     4161 Piedmont Pkwy,    Greensboro, NC 27410)
18248815    #+Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
18773248    +Bank of America, N.A.,    Bankruptcy Department,    P.O. Box 26012, NC4-105-02-99,
              Greensboro, NC 27420-6012
21524635    +Bank of America, N.A.,    c/o McCalla Raymer, LLC,    Bankruptcy Department,
              1544 Old Alabama Road,    Roswell, GA 30076-2102
18799576    +Bank of America, N.A.,    c/o Prober & Raphael, A Law Corp.,    20750 Ventura Blvd. Suite 100,
              Woodland Hills, CA 91364-6207
18248816    +Crdtrs Allnc,    Po Box 1288,    Bloomington, IL 61702-1288
18248817    +Dependon Collection Se,    Po Box 4833,    Oak Brook, IL 60522-4833
18248818    +Equable Ascent Financi,    1120 W Lake Cook Rd Ste,    Buffalo Grove, IL 60089-1970
18248819    +Gmac Mortgage,    Po Box 4622,    Waterloo, IA 50704-4622
18705027    +Ill State Disbursement Unit,    PO Box 5400,    Carol Stream, IL 60197-5400
18248822    +Med Busi Bur,    1460 Renaissance D Suite 400,    Park Ridge, IL 60068-1349
19072650   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court:   Portfolio Recovery Associates, LLC,     PO Box 41067,
              Norfolk, VA 23541)
18248823    +Portfolio Recvry&Affil,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4962
18306633     Receivables Management Inc,    3348 Ridge Rd,    Lansing, IL 60438-3112
18248825    +Rmi/Mcsi,    3348 Ridge Rd,    Lansing, IL 60438-3112
18275662    +Susan Kamman,    Jerome D Citron,    120 West Madison St,    Suite 701,    Chicago, IL 60602-4165
18248826    +Verizon Wireless/Great,    1515 Woodfield Rd Ste140,    Schaumburg, IL 60173-5443

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18248812    +E-mail/Text: RBALTAZAR@ARMORSYS.COM Apr 09 2014 03:44:01     Armor Systems Co,
              1700 Kiefer Dr Ste 1,    Zion, IL 60099-5105
18248820    +Fax: 312-444-9302 Apr 09 2014 03:55:51     Jcitron Law,    120 W Madison St,
              Chicago, IL 60602-4103
18988601     E-mail/PDF: resurgentbknotifications@resurgent.com Apr 09 2014 03:53:33
              LVNV Funding, LLC its successors and assigns as,    assignee of Citibank,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
18248821    +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 09 2014 03:49:01      Lvnv Funding Llc,
              Po Box 740281,    Houston, TX 77274-0281
20369893     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 09 2014 03:49:16     Midland Funding LLC,
              by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
              Houston, TX 77210-4457
19848393     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 09 2014 03:49:16     Midland Funding LLC,
              by American InfoSource LP as agent,    PO Box 4457,    Houston, TX 77210-4457
18603932     E-mail/PDF: rmscedi@recoverycorp.com Apr 09 2014 03:52:24     Portfolio Investments I LLC,
              c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
18278305     E-mail/Text: bkdepartment@rtresolutions.com Apr 09 2014 03:43:06     Real Time Resolutions, Inc.,
              1750 Regal Row, Suite 120,    P.O. Box 36655,    Dallas, Tx 75235
18248824    +E-mail/Text: bkdepartment@rtresolutions.com Apr 09 2014 03:43:06     Real Time Resolutions,
              1750 Regal Row Ste N,    Dallas, TX 75235-2289
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Gloria Longest
18378721*   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court:   FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102)
18799578*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court:   Portfolio Recovery Associates, LLC,    c/o Lowes,    PO Box 41067,
              Norfolk VA 23541)
18898183    ##VERIZON WIRELESS,    PO BOX 3397,    BLOOMINGTON, IL 61702-3397
                                                                                   TOTALS: 1, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: dwilliams              Page 2 of 2                  Date Rcvd: Apr 08, 2014
                              Form ID: pdf006              Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2014                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 7, 2014 at the address(es) listed below:
              Andrew J Nelson    on behalf of Creditor   Aurora Loan Services, LLC anelson@atty-pierce.com,
               northerndistrict@atty-pierce.com
              John J Lynch    on behalf of Debtor Frank E Whelan jjlynch@jjlynchlaw.com,
               rlynch@jjlynchlaw.com;lhernandez@jjlynchlaw.com;jjlynchlaw801@gmail.com;lpecf2011@gmail.com;mnels
               on@lynch4law.com
              Michael G Berland    on behalf of Trustee Michael G Berland einstein829@earthlink.net,
               IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
              Michael G Berland    einstein829@earthlink.net,   IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Rachael A Stokas    on behalf of Creditor   GMAC Mortgage, LLC (successor by merger to GMAC
               Mortgage Corp.) ND-Two@il.cslegal.com
              Yanick  Polycarpe    on behalf of Creditor   Aurora Loan Services, LLC ypolycarpe@atty-pierce.com,
               northerndistrict@atty-pierce.com
                                                                                             TOTAL: 7
```