UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
WHELAN, FRANK E § Case No. 11-49961
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ (see **Exhibit 2**), yielded net receipts of $  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter    on            , and it was converted to chapter 7 on           . The case was pending for   months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/MICHAEL G. BERLAND_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Aurora Loan Services I 10350 Park Meadows Dr St Littleton, CO 80124 |  |  |  |  |  |
|  | Bank Of America 4161 Piedmont Pkwy Greensboro, NC 27410 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gmac Mortgage Po Box 4622 Waterloo, IA 50704 | | | | | |
| | Real Time Resolutions 1750 Regal Row Ste N Dallas, TX 75235 | | | | | |
| 000006 | BANK OF AMERICA, N.A. | | | | | |
| 000001 | SUSAN KAMMAN | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| MICHAEL G. BERLAND | | | | | |
| LONGEST, GLORIA | | | | | |
| LONGEST, GLORIA | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Armor Systems Co 1700 Kiefer Dr Ste 1 Zion, IL 60099 | | | | | |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | | |
| | Crdtrs Allnc Po Box 1288 Bloomington, IL 61702 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dependon Collection Se Po Box 4833 Oak Brook, IL 60522 | | | | | |
| | Equable Ascent Financi 1120 W Lake Cook Rd Ste Buffalo Grove, IL 60089 | | | | | |
| | Jcitron Law 120 W Madison St Chicago, IL 60602 | | | | | |
| | Med Busi Bur 1460 Renaissance D Suite 400 Park Ridge, IL 60068 | | | | | |
| | Rmi/Mcsi 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Verizon Wireless/Great 1515 Woodfield Rd Ste140 Schaumburg, IL 60173 | | | | | |
| 000009 | LVNV FUNDING, LLC ITS SUCCESSORS AN | | | | | |
| 000005 | MIDLAND FUNDING LLC | | | | | |
| 000008 | MIDLAND FUNDING LLC | | | | | |
| 000004 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000002 | REAL TIME RESOLUTIONS, INC. | | | | | |
| 000003 | RECEIVABLES MANAGEMENT INC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-49961 | BL | Judge: Bruce W. Black | | Trustee Name: | MICHAEL G. BERLAND |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | WHELAN, FRANK E | | | | Date Filed (f) or Converted (c): | 09/25/13 (c) |
| | | | | | 341(a) Meeting Date: | 10/22/13 |
| For Period Ending: | 06/09/14 | | | | Claims Bar Date: | 01/27/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2011 Chevrolet Silveradio | 21,000.00 | 13,500.00 | | 13,500.00 | FA |
| Exemption was removed. | | | | | |
| 2. 8453 Fairfield, Tinley Park | 337,900.00 | 0.00 | | 0.00 | FA |
| 3. 5424 S. Linder, Chicago, Illinois | 111,000.00 | 0.00 | | 0.00 | FA |
| 4. CASH | 100.00 | 0.00 | | 0.00 | FA |
| 5. checking/saviing US BankC | 800.00 | 0.00 | | 0.00 | FA |
| 6. HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 8. 401k accounts | 60,000.00 | 0.00 | | 0.00 | FA |
| 9. 75 shares stock | 1,927.00 | 0.00 | | 0.00 | FA |
| Property was liquidated when the debtor was in Chapter 13. The debtor continues to be unemployed. | | | | | |
| 10. 2011 refund | 3,900.00 | 0.00 | | 0.00 | FA |
| Property was liquidated when te edebtor was in Chapter 13. The debtor continues to be unemployed. | | | | | |
| 11. VOID (u) | Unknown | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $538,127.00 | $13,500.00 | | $13,500.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee compromised his interest in a car, which the debtor owned. The Trustee employed an accountant to prepare tax returns.

LFORM1
**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

Ver: 17.04c

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | |
|---|---|
| Case No: 11-49961   BL   Judge: Bruce W. Black | Trustee Name: MICHAEL G. BERLAND |
| Case Name: WHELAN, FRANK E | Date Filed (f) or Converted (c): 09/25/13 (c) |
| | 341(a) Meeting Date: 10/22/13 |
| | Claims Bar Date: 01/27/14 |

Initial Projected Date of Final Report (TFR): 12/31/14     Current Projected Date of Final Report (TFR): 12/31/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 11-49961 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | WHELAN, FRANK E | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******0671  Checking Account |
| Taxpayer ID No: | *******8868 | | | |
| For Period Ending: | 06/09/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/07/14 | 1 | US Bank Frank Whelan | | 1129-000 | 13,500.00 | | 13,500.00 |
| 02/10/14 | 001001 | Gloria Longest | Payment of accountant per court order | 3410-000 | | 500.00 | 13,000.00 |
| 05/10/14 | 001002 | MICHAEL G. BERLAND 1 NORTH LASALLE STREET STE 1775 CHICAGO, IL  60602 | Chapter 7 Compensation/Fees | 2100-000 | | 2,100.00 | 10,900.00 |
| 05/10/14 | 001003 | MICHAEL G. BERLAND 1 NORTH LASALLE STREET STE 1775 CHICAGO, IL  60602 | Chapter 7 Expenses | 2200-000 | | 10.31 | 10,889.69 |
| 05/10/14 | 001004 | Portfolio Recovery Associates, LLC PO Box 41067 Norfolk, VA 23541 | Claim 000004, Payment 42.24704% | 7100-000 | | 5,321.45 | 5,568.24 |
| 05/10/14 | 001005 | Midland Funding LLC by American InfoSource LP as agent PO Box 4457 Houston, TX 77210-4457 | Claim 000005, Payment 26.25762% | 7100-000 | | 1,326.90 | 4,241.34 |
| 05/10/14 | 001006 | Portfolio Recovery Associates, LLC c/o Lowes PO Box 41067 Norfolk VA 23541 | Claim 000007, Payment 26.25801% | 7100-000 | | 417.14 | 3,824.20 |
| 05/10/14 | 001007 | Midland Funding LLC by American InfoSource LP as agent Attn: Department 1 PO Box 4457 Houston, TX 77210-4457 | Claim 000008, Payment 42.24606% | 7100-000 | | 31.90 | 3,792.30 |
| 05/10/14 | 001008 | LVNV Funding, LLC its successors and assigns as assignee of Citibank | Claim 000009, Payment 26.25808% | 7100-000 | | 3,792.30 | 0.00 |
| | | | Page Subtotals | | 13,500.00 | 13,500.00 | |

Ver: 17.04c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit 9

| Case No: | 11-49961 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | WHELAN, FRANK E | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******0671  Checking Account |
| Taxpayer ID No: | *******8868 | | |
| For Period Ending: | 06/09/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | | | | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 13,500.00 | 13,500.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 13,500.00 | 13,500.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 13,500.00 | 13,500.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********0671 | 13,500.00 | 13,500.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 13,500.00 | 13,500.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 17.04c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*